LOUIS NEWMAN, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals

denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.